# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ECONIAN BEZABEH,**
Appellant,

v.

**CORNELIU HRISTOVSCHI, KINGARM UNITED, CORP.,**
and **GOLD EMPIRE, LLC,**
Appellees.

No. 4D2024-2053

[December 4, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel Kanner, Judge; L.T. Case No. COCE23-070728.

Econian Bezabeh, Garland, Texas, pro se.

Vinicius Adam of VAdam Law, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***